Order entered November 14, 2012



In The

## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-00375-CR

RIGOBERTO BENITO, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 401st Judicial District Court
Collin County, Texas
Trial Court Cause No. 401-81659-09

## ORDER

The Court **REINSTATES** the appeal.

On October 22, 2012, we ordered the trial court to make findings regarding why appellant's brief had not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and represented by court-appointed counsel; (3) counsel explained that the delay in filing appellant's brief was due to her workload and some personal issues; and (4) appellant's brief can be filed by November 19, 2012.

We **ORDER** appellant to file his brief by **NOVEMBER 19, 2012.**

LANA MYERS
JUSTICE